David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, YOLANDA R. PEREZ*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| YOLANDA R. PEREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VEGAS VALLEY COLLECTION SERVICES; SHEFFIELD FINANCIAL CORP; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　Defendants. | Case No. 2:17-cv-00136-JAD-GWF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EXPERIAN INFORMATION SOLUTIONS, INC ONLY</u> AND CLOSING CASE**<br><br>ECF No. 26 |

　　Plaintiff YOLANDA R. PEREZ and Defendant EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-

…

…

…

…

…

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: June 5, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Jennifer L. Braster, Esq. |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 9086 | Naylor & Braster |
| HAINES & KRIEGER, LLC | 1050 Indigo Drive, Suite 200 |
| 8985 S. Eastern Avenue | Las Vegas, NV 89145 |
| Suite 350 | *Attorney for Defendant EXPERIAN* |
| Henderson, Nevada 89123 | *INFORMATION SOLUTIONS, INC* |
| *Attorney for Plaintiff* | |

### ORDER

Based on the parties' stipulation [ECF No. 26], which terminates the only claims remaining in this case, and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
6-5-17